## **PROBABLE CAUSE AFFIDAVIT**

1.  I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been since May 2023. Since arriving at my new duty station, I have been assigned in part to conduct investigations of crimes where computers and the Internet are used in the sexual exploitation of children, including (but not limited to) violations of 18 U.S.C. Sections 2252 and 2252A, which prohibit a person from knowingly transporting, receiving, distributing, possessing, or accessing with intent to view, in interstate or foreign commerce, or by using any facility or means of interstate or foreign commerce, child pornography, as defined in 18 U.S.C. Section 2256(8). I have received formal and on-the-job training in the investigation of cases involving the sexual exploitation of children. As a Special Agent, through my training, education, and experience, I have become familiar with the efforts of persons involved in criminal activity to avoid detection by law enforcement, to include matters involving sexual exploitation of children. I have worked and consulted with highly experienced law enforcement professionals who are skilled in working cases involving sexual exploitation of children.

2.  I have over 13 years of experience in the healthcare field and hold a clinical doctorate and a Master's in Public Health. I have had thousands of patient interactions and have worked with many pediatric patients in primary care and emergency medicine settings. Training in clinical physical diagnosis and conducting medical physicals in the primary care setting entails recognizing physical, cognitive, and behavioral landmarks for identifying developmental stages and stages of puberty among pediatric patient

3

populations, and characteristics of sexual maturity among adolescent patient populations. I also have significant training and experience in abnormal psychology applied in the acute psychiatric setting and can recognize normal and abnormal behavior among children and adolescents.

3. Based on my knowledge and experience and on information received from other individuals and other law enforcement officers as set forth below, I have learned the following:

4. On March 29, 2022, Task Force Officer (TFO) David Davol (D. Davol) of the Franklin County Sheriff's Office met with John Haynes (Haynes) at his place of employment, Prompto 10 Minute Oil Change, on Wilton Road in Farmington, Maine. During the interaction, Haynes was arrested for violating his conditions of release stemming from a March 26, 2022 arrest in Lincoln County, Maine. Those charges were for sexual misconduct with a child under 14-years-old, and visual sexual aggression against a child.

5. Haynes was on bail for these charges and part of his conditions were to not have contact with any child under the age of sixteen (16). TFO D. Davol learned Haynes was having contact with a 14-year-old at his residence at 26 Farmington Road, Strong, ME, which was verified by three other members of his residence, Trixie Abbot, Natasha Abbott (John's girlfriend), and Cody Abbott. TFO D. Davol learned at this time that Haynes had moved to 26 Farmington Road in November.

6. TFO D. Davol arrested Haynes for violating the conditions of his release, and transported Haynes to Franklin County, Maine Jail. After Haynes was arrested, TFO D. Davol was informed by the manager of Prompto that Haynes attempted to

conceal a phone from TFO D. Davol when he was arrested. TFO D. Davol returned to Prompto and was able to obtain a black Samsung cell phone with a cracked screen, Samsung Galaxy J2 (SM-S260DL), S/N: RF8MC0T03NV. The manager told TFO D. Davol that Haynes hid the phone in a folder when the manager was not looking. The manager clarified that he, the manager, had looked in the same folder earlier that day and there were no phones in the folder. The manager also reported that he had seen and heard Haynes talk about having two phones.

7. On March 31, 2022, TFO D. Davol went to Franklin County Jail to interview Haynes. TFO D. Davol read Haynes his Miranda warning verbatim from a card. Haynes waved his rights and agreed to speak with TFO D. Davol. Haynes told TFO D. Davol the Black Samsung Galaxy originally belonged to his girlfriend, Natasha Abbott, and that she no longer used the phone. TFO D. Davol asked Haynes for the code to unlock the phone and Haynes told TFO D. Davol to draw a "C" on the keypad. Haynes stated this was the same code as when Natasha used the phone.

8. During the interview, Haynes admitted to having viewed child pornography on the black Samsung device obtained by TFO D. Davol. Haynes stated that he was in possession of this phone in order to communicate with as well as send and receive nude photos of underage girls and boys through a pseudonymous SnapChat account named "dan_thomas22201". Haynes admitted to obtaining nude images of juveniles from the people he would converse with over SnapChat, as well as send them nude photographs of himself.

9. Haynes also admitted to conversing with juvenile boys and girls on the device through SnapChat. Haynes stated the SnapChat user account he utilized during

5

these interactions was "dan_thomas22201."

10. Haynes also told TFO D. Davol about his personal cell phone, a blue Apple iPhone XR in a black Otterbox case, model number MH5G3LL/A, S/N: DX4F5B3YKXKN. Haynes stated he downloaded and utilized an encrypted messaging application on the device, called Wickr. On Wickr, Haynes would receive images of individuals he knew to be juveniles nude and engaging in sexual activity. The iPhone XR was on Haynes at the time of his arrest and seized by TFO D. Davol from the jail in order to conduct a digital forensic analysis of the phone. TFO D. Davol applied for and obtained a search warrant through the State of Maine for the black Samsung cell phone on April 20, 2022. TFO D. Davol also was granted a search warrant for the Apple iPhone XR through the State of Maine on May 3, 2022.

11. On May 4, 2022, TFO D. Davol turned the cell phones over to Maine State Police Computer Crimes Unit (MSP CCU) and requested a forensic examination to aid in identifying personal ownership and/or use of the phones and to determine if any evidence related to possession of sexually explicit material of minors was present. The report was completed and published by Computer Forensic Analyst (CFA) Stacey Francoeur on August 26, 2022. Forensic examination of the devices resulted in the discovery of child sexual abuse materials (CSAM) on both devices seized from Haynes. As part of the forensic examination of the phones, CFA Francoeur reviewed artifacts to locate user identifiers that show ownership and/or usage of these devices.

   a. According to TFO Davol, Haynes stated that the Samsung was an old phone that belonged to his girlfriend at the time, Natasha Abbott. During forensic analysis of the Samsung Galaxy, using AXIOM, CFA Francoeur located two

6

Google accounts, "natashaaabbott7@gmail.com" and "20nabbott@mtbluersd.org," which appeared to be consistent with the device once belonging to Natasha Abbott. The majority of the possible user identifiers located, such as social media accounts and browser logins, appeared to be consisted with "Natasha Abbott", and the majority had created and/or last used dates prior to October 1, 2021.

b. CFA Francoeur also located a Snapchat account on the device with name "Dan Thomas" and username "dan_thomas22201" that had a reported creation date of 3/16/2022. This account had a reported phone number of (207) 578-1034, which is the same phone number as the iPhone XR that was in Haynes possession at the time of his arrest. The account "dan_thomas22201" was specifically provided to TFO D. Davol by Haynes during his interview with Haynes on 3/31/2022.

c. During forensic analysis of the iPhone XR, using AXIOM, CFA Francoeur located an Apple account of johnhaynes24@icloud.com, and the "Me" contact on the device was "John Haynes" with the nickname "John Eats Ass". This contact also had a photo of an adult male resembling John Haynes, based on a visual comparison to an identification photo of John Haynes.

a. Using GreyKey, CFA Francoeur obtained the Apple Keychain which is what Apple uses to store login information such as usernames and passwords that were used on the device. The majority of accounts within the keychain contained names that appeared to be consistent with John Hanes, such as "johnhaynes," "jhaynes," or "Johnh."

12. I reviewed content retrieved from the black Samsung Galaxy J2 revealing one video that appeared to depict sexually explicit material of an individual under the age of 16 years old. The video depicted what appeared to be a prepubescent female between the approximate ages of six to 12 years, who was nude and/or engaged in sexual acts with an adult.

13. Exhibit 1: A video file named "Snapchat-1850128131.mp4" consists of a 23 second video that appeared to depict a prepubescent female between the approximate ages of eight to 12 years performing oral sex on an adult male. Exhibit 1 is an automatically generated compilation of 10 stills from the 23 second video described. In addition, I reviewed four images retrieved from carved space of the Samsung Galaxy J2 that appeared to depict sexually explicit material of individuals under the age of 16 years old. The images depicted what appeared to be prepubescent females between the approximate ages of six to 12 years, who were nude and/or engaged in sexual acts with adults, indicating the phone had been used to possess and view child pornography on other occasions, thus confirming intent.

   a. Exhibit 2: The image with file name "00000001_Carved" appeared to depict a prepubescent nude female between the approximate ages of six to 12 years old being digitally penetrated vaginally by an adult male.

   b. Exhibit 3: The image with file name "0000002_Carved" appeared to depict a prepubescent shirtless female between the ages of six to 12 years old performing oral sex on an adult male, with the erect penis of the adult male in both the hand and mouth of the prepubescent female.

   c. Exhibit 4: The image with file name "0000003_Carved" appeared to depict a

prepubescent female between the approximate ages of six to 12 years old lying nude on her back with her legs spread apart in a sexually explicit manner while an adult male positioned himself between the female's spread legs masturbated himself.

14. I reviewed content retrieved from the blue Apple iPhone XR revealing three images and four videos that appeared to depict sexually explicit material of individuals under the age of 16 years old. These media files depicted what appeared to be females between the approximate ages of five to 12 years old, who are nude and/or in various stages of undress, and/or engaged in sexual acts with adults. The image with file name "5005(2)" depicted what appeared to be a photo of another cellular device displaying a sexually explicit video with the name "Snapchat-1850128131.mp4". This is the same file name of the sexually explicit video located on the Samsung Galaxy J2 and the cellular device in the photo appears to have a cracked screen that is visually similar to the fracture pattern seen on the Samsung Galaxy seized from Haynes' place of work.

    a. Exhibit 5: An image file with file name "version=1&uuid=99FD7190-BFF7-4DE6-86AC-AD1E60F6CA18&mode=compatible.mov" consisting of a screenshot of a 23 second video that appeared to depict a prepubescent five- to 12-year-old female wearing a pink shirt with black polka dots and nude from the waist down being repeatedly vaginally penetrated by the erect penis of an adult male.

    b. Exhibit 6: A 56 second video with the file name "version=1&uuid=A08C166D-61A3-454F-AACC-DCDB58723504&mode=compatible.mov" appearing to depict a prepubescent

five- to 12-year-old female laying on her back wearing a light blue dress with her white and pink underwear pulled down and hanging off of her right leg while her legs are spread and she was being repeatedly vaginally penetrated by the erect penis of an adult male. Exhibit 6 is an automatically generated compilation of 10 stills from the 56 second video described.

c. Exhibit 7: A 49 second video with the file name "version=1&uuid=C99B3728-240E-498C-8E16-40573F33773E&mode=current.mp4" appeared to depict a prepubescent five- to 12-year-old female wearing shorts and a t-shirt climbing on top of and straddling the genital region of an adult male while the adult male masturbates his semi-erect penis. The prepubescent female shifted her shorts with her hand to expose her own genitals as she straddled the adult male. She then proceeded to lean forward and open mouth kiss the adult male while he kissed her back with his eyes open. She then sat up and began grinding her genital region against the genital region of the adult male through her clothing. The adult male then sat up and appeared to instruct the female to lay on her back and proceeded to expose her genitals with his hand by shifting her shorts to one side before performing oral sex on the female. Exhibit 7 is an automatically generated compilation of 10 stills from the 49 second video described.

18. Based on the above, I have probable cause to believe John Haynes knowingly possessed child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in interstate and foreign commerce by any means, including by computer, and were produced using materials

that had moved in interstate and foreign commerce. Specifically, the defendant possessed the video reflected in Exhibit 1, which he appears to have received from the internet and stored in the Samsung phone, consistent with his admissions to Det. Davol. I respectfully request that the Court charge John Haynes pursuant to Title 18, United States Code, Sections 2252A(a)(5)(B), 2256(8)(A) and 2252A(b)(2).

I, Craig Mehrmann, herby swear under oath that the information set forth in the Affidavit is true and correct to the best of my knowledge, information, and belief, and make this oath under the pains and penalties of perjury.

Craig Mehrmann
Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Nov 02 2023

City and state: Bangor, ME

John C Nivison U.S. Magistrate Judge
Printed name and title

11